USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
:
NATIONAL CITY COMMERCIAL CAPITAL :
COMPANY, LLC, :
:
               Plaintiff, :
: 09 Cv. 9277 (BSJ)
    v. : **Order**
:
SPOTLIGHT TIMES SQUARE, LLC and :
JENNIFER WORTHINGTON, :
:
              Defendants. :
----------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

      The Court received a letter application from the parties requesting an adjournment of the January 5, 2010 hearing regarding an Order to Show Cause for Replevin in the above-referenced matter. The application is granted. The parties are directed to appear before this Court on January 25, 2010 at 3:00 p.m. in Courtroom 17C at 500 Pearl Street, New York, New York, 10007.

SO ORDERED:

                                    _____
                                    BARBARA S. JONES
                                    UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
           December 30, 2009